# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| GERARD MASTRAPASQUA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil No. 3:12cv743 |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS

Plaintiff has resolved his claims against Defendants Equifax and Trans Union. Each of these Defendants are clearly entitled to a dismissal with prejudice. Plaintiff has also settled his claims with Experian Information Solutions, Inc. ("Experian"), and provided it with a signed settlement agreement three weeks ago. However, Experian has yet to comply with its obligations under the terms of its settlement agreement with the Plaintiff.

Therefore, in light of the April 22 trial date that remains on this Court's calendar, Plaintiff respectfully moves that the Court dismiss this matter in its entirety as to all Defendants, but that it retain jurisdiction for the limited purpose of enforcing Experian's compliance with the terms of its settlement agreement with the Plaintiff, to the extent that such enforcement becomes necessary. Plaintiff will continue to attempt to effectuate such compliance without the need for further involvement by this Court.

Respectfully submitted,
**GERARD MASTRAPASQUA**

By_____/s/_____
Of Counsel

Matthew J. Erausquin, VSB No. 65434
Consumer Litigation Associates, P.C.

1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Telephone:	(703) 273-7770
Facsimile:	(888) 892-3512
matt@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

David N. Anthony
Virginia Bell Flynn
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 697-5118
david.anthony@troutmansanders.com
virginia.flynn@troutmansanders.com

Michael R. Ward
*Attorney for Trans Union LLC*
MORRIS & MORRIS, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Telephone: (804) 344-8300
Facsimile: (804) 344-8539
mward@morrismorris.com

Britney Sue Edwards
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-3468
Facsimile: (202) 626-1700
bsedwards@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

                                                       /s/
                          Matthew J. Erausquin, VSB No. 65434
                          *Counsel for the Plaintiff*
                          Consumer Litigation Associates, P.C.
                          1800 Diagonal Road, Suite 600
                          Alexandria, VA  22314
                          Telephone: (703) 273-7770
                          Facsimile: (888) 892-3512
                          matt@clalegal.com